No. 25-3702

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| DARNELL NASH,<br><br>Defendant-Appellant | Appeal from the United States District Court for the Northern District of Ohio |
| v. | Case No. 13-CR-467 |
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee | Hon. Benita Pearson,<br>United States District Judge,<br>Presiding. |

**CIRCUIT RULE 27(f) MOTION TO EXPEDITE RESOLUTION**

Defendant-Appellant DARNELL NASH, through her attorney pursuant to Circuit Rule of Appellate Procedure 27(f) and Circuit Rule 26(a)(1), respectfully moves this Court for the entry of an order expediting resolution of this appeal. Good cause exists for expedited resolution of the appeal because Nash continues to suffer, and be in danger of, sexual assaults while in prison.

Appellant's counsel is cognizant that this request follows two motions for extension of time regarding submission of Appellant's Brief. Appellant's motions for extension of time were made because there are approximately 3,000 pages in the record of this case, some involving dense factual material, plus briefing in several different appeals and mandamus actions. As the

district court held, "The procedural history is tortuous and the salient facts, including, but not limited to, the number of sexual assaults Defendant alleges are not static." (Order Denying Motion for Sentence Reduction, R. 309, PageID# 2147). The second motion for extension was also made because Nash was being kept on suicide watch (despite not having suicidal thoughts), and counsel struggled to get in touch with her during that time. (*See e.g.*, Emergency Motion for Compassionate Release, R. 353-1, PageID# 2695) (Nash asserting that she was "fraudulently placed on suicide watch").

The proliferation of administrative and judicial filings is not a symptom of disrespect for the law or process. Rather, it demonstrates that Nash has nowhere to turn but the courts. Nash is currently in detention at FCI Butner Medium. She fears for her safety from other inmates, and fears for her safety from prison staff, and continues to report ongoing sexual abuse. (R. 353-1, PageID# 2694). Nash is desperate. She does not know where to turn.

Last, this Court returned the Mandate to the district court on September 11, 2024. (R. 314). She understands that the wheels of justice are slow. But through changes in counsel in the district court, the district court's resolution of the remanded case 12 months later, and the appointment and removal of her first appellate counsel in this case, she has been waiting for implementation of this Court's August 16, 2024, order for a long time.

The United States, through AUSA Brian McDonough, does not oppose an expedited resolution of this appeal after submission of the principal briefs. The United States further does not anticipate filing for an extension to file its brief in this case.

November 6, 2026

Respectfully submitted,

DARNELL NASH,
Defendant-Appellant

/s/ Johanes Maliza

Johanes C. Maliza
Dave Hopkins
BENESCH FRIEDLANDER
COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
216-363-4500
jmaliza@beneschlaw.com
dhopkins@beneschlaw.com

COUNSEL FOR DEFENDANT-APPELLANT